PIETRO COLELLO, Respondent, *v.* T. J. STEVENSON & Co., INC., et al, Defendants, and KANE SHIP REPAIR CORP., Appellant and Third-Party Plaintiff-Appellant. STUART MARINE PAINTING CORP., Third-Party Defendant-Respondent.

Submitted February 21, 1955; decided February 22, 1955.

*Samuel Spevack* for motion.

*Mack Kreindler* opposed.

Motion to dismiss appeal denied and case set down for argument during the third week of the February, 1955, session of the Court of Appeals.